UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:08CR81-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff,. ) | |
| ) | |
| v. ) | **FINAL ORDER AND JUDGMENT** |
| ) | **CONFIRMING FORFEITURE** |
| XAVIER PIERRE CHAPPELL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On April 3, 2009, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. §853 and Fed. R. Crim. P. 32(d)(2), based upon the Defendant's plea of guilty on Count One in the Bill of Indictment. As to that Count, Defendant was convicted of possession with intent to distribute a controlled substance, in violation of 18 U.S.C. § 841(a)(1).

On January 27, 2010 through February 25, 2010, the United States published via www.forfeiture.gov, notice of this forfeiture and of the intent of the government to dispose of the forfeited property according to law, and further notifying all third parties of their right to petition the Court within sixty days from January 27, 2010 for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such petitions have been filed. Based on the record in this case, including the defendant's plea of guilty, the Court finds, in accordance with Rule 32.2(c)(2), that the Defendant had an interest in the property that is forfeitable under the applicable statute.

It is therefore ORDERED:

In accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is confirmed as final. All right, title, and interest in the following property, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

**One Ruger .22 caliber revolver and ammunition.**

Signed: May 5, 2010

Frank D. Whitney
United States District Judge